Plaintiff's Exhibit V

## Cornerstone Payment Systems Pre Qualification Application

### BUSINESS INFORMATION

Please fill in the spaces below and mail or fax us the application. By doing so, you are giving **Cornerstone Payment Systems**, as well as its agents and affiliates, permission to review your business and personal credit history in order to provide you with formal funding approval.

| | |
|---|---|
| **Business Legal Name "Merchant":** Standard Way LLC | **Doing Business As:** |
| **Legal Entity:** ☐ Corporation  ☑ Limited Liability Corporation  Sole Proprietorship ☐ Other _____ | |
| **Physical Address:** 193 Dover Furnace Rd Dover Plains, NY 12522 | |
| **Mailing Address:** | |
| **Business Phone:** | **Business Fax:** 646-619-4854 |
| **Mobile:** | **E-Mail:** standardway153@gmail.com |
| **Website:** | **Type of Business / Products Sold:** Ecommerce |
| **Federal Tax ID #:** [redacted] | **Business Start Date (MM/DD/YY):** 05/10/2016 |
| **Property Ownership:** ✓ Lease  ☐ Own | **Landlord / Mortgage Company:** |
| **Rent / Mortgage Payment:** 3,500 | **Mortgage Company name/phone:** |
| **Gross annual sales:** 3,000,000 | **Gross monthly credit card sales:** |

### OWNER / PRICIPAL INFORMATION

| | |
|---|---|
| **Name:** Ruby Hwang | **% of Ownership** 100 |
| **Home Address:** 181 Johnson Rd Wingdale, NY 12594 | |
| **Home Phone:** | **Home Fax:** |
| **E-mail:** rubykb8291@gmail.com | **Mobile:** 650-690-6364 |
| **Date of Birth** [redacted] | **Social Security #:** [redacted] |
| **Drivers License #:** [redacted] | **Drivers License State of Issuance:** NY |

### OWNER / PRICIPAL INFORMATION

| | |
|---|---|
| **Name:** | **% of Ownership** |
| **Home Address:** | |
| **Home Phone:** | **Home Fax:** |
| **E-mail:** | **Mobile:** |
| **Date of Birth:** | **Social Security #:** |
| **Drivers License #:** | **Drivers License State of Issuance:** |

### FUNDING INFORMATION

| | |
|---|---|
| **Desired Loan/Advance Amount:** 150,000 | **Purpose of Loan/Advance:** Inventory purchase |
| **Current Loan/Advance:** ☐ Yes: *Balance $_____ | **Held With:** _____  No Current Advance ✓ |

### TRADE REFERENCES

| COMPANY | CONTACT NAME | CONTACT PHONE NUMBER |
|---|---|---|
| Asendia USA | Mary Ellen Finn | (610) 461-3661 |
| ANDERSON AND ASSOCIATES LLP | Yenyi Anderson | 646.201.9117 |
| DHL Express | W. Alex Carsey | 914-649-8075 |

By signing below, the Merchant and its owners / principals: (1) certify that all information and documents submitted in connection with this Application is true, correct and complete; and (2) authorize Cornerstone Payment Systems, its agents, partners, and lenders to receive credit reports and any other information regarding the Merchant and its owners and principals from third parties, to verify any information provided on the Application. By signing this agreement, the Merchant hereby authorizes Cornerstone Payment Systems and its affiliates to obtain the 4 most recent monthly reports detailing Merchant's credit card processing activity from its card processor or any agent or other third party utilized by that processor to authorize, clear and/or settle credit card payments.

**Owner Signature:** _[signature]_  **Co-Owner Signature:** _____

**Print Name:** Ruby Hwang    2/26/2019 date    **Print Name:** _____ date