| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Kenneth S. August<br>kaugust@augustlawgroup.com<br>CA Bar No. 152704<br>19200 Von Karman Ave, Ste 600<br>Irvine, California 92612 | Blake W. Meadows<br>blake@smithmeadowslaw.com<br>GA Bar No. 569729<br>215 Greencastle Rd, Ste B<br>Tyrone, Georgia 30290 |

CLEAR FORM

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cornerstone Payment Systems, Inc.<br><br>Plaintiff(s),<br>v.<br><br>Pleros LLC, et al<br><br>Defendant(s) | CASE NUMBER:<br>5:25-CV-895<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Cornerstone Payment Systems, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Cornerstone Payment Systems, Inc. | Plaintiff |
| Pleros LLC | Defendant |
| Quba.pro Inc. | Defendant |
| Standard Goods LLC | Defendant |
| Standard Way, LLC | Defendant |
| Rodem Tree LLC | Defendant |
| Olivet University, Inc. | Defendant |
| World Olivet Assembly, Inc. | Defendant |
| Olivet Assembly, Inc. | Defendant |
| Dover Greens LLC | Defendant |
| See attached Exhibit A. | |

April 18, 2025
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Exhibit A

| PARTY | CONNECTION/INTEREST |
|---|---|
| 1000 East First Estates LLC | Defendant |
| Jubilee World, Inc. | Defendant |
| Great Commission University | Defendant |
| 7725 Penrose LLC | Defendant |
| Christian Innovation Center LLC | Defendant |
| Good Manager Holdings, Inc. | Defendant |
| Nicolas Haman a/k/a Nicholas Haman | Defendant |
| Jung Mi Lee | Defendant |
| Daewon Kim | Defendant |
| Younghai Ko a/k/a Young Hai Ko a/k/a Youngshai Ko a/ka Emily Ko | Defendant |
| Alma Osorio a/k/a Alma Osario | Defendant |
| Ruby Hwang | Defendant |
| Anthony Chiu a/k/a Juan We Chiu | Defendant |
| Andrew Lin a/k/a Tony Lin | Defendant |
| Haejo Yim | Defendant |
| Nicholas Logan | Principal of Plaintiff |
| Nathan Logan | Principal of Plaintiff |
| Smith & Meadows LLC | Fee Arrangement with Plaintiff |