Kenneth S. August
kaugust@augustlawgroup.com
CA Bar No. 152704
19200 Von Karman Ave, Ste 600
Irvine, California 92612
Fax No. N/A

Blake W. Meadows
blake@smithmeadowslaw.com
GA Bar No. 569729
215 Greencastle Rd, Ste B
Tyrone, Georgia
Fax No. N/A

*For Cornerstone Payment Systems, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cornerstone Payment Systems, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Pleros, LLC, et al.,<br><br>Defendant. | CASE NUMBER:<br><br>5:25-00895<br><br>**Amendment to Plaintiff's Application for Pro Hac Vice Admission** |

COMES NOW, Cornerstone Payment Systems, Inc., Plaintiff in the above-styled action, and hereby amends Plaintiff's Application for Pro Hac Vice Admission filed on April 18, 2025, by including an updated Certificate of Good Standing from the State Bar of Georgia issued on April 21, 2025, which is attached hereto as Exhibit A.

Respectfully submitted this 21st day of April, 2025.

AUGUST LAW GROUP P.C.

/s/ Kenneth S. August

1

Kenneth S. August
California Bar No. 152704
19200 Von Karman Ave, Ste 600
Irvine, California 92612
(949) 752-7772
kaugust@augustlawgroup.com

*and*

SMITH & MEADOWS, LLC*

*/s/ Blake W. Meadows*
Blake W. Meadows, Esq.*
Georgia Bar No. 569729
215 Greencastle Road, Suite B
Tyrone, Georgia 30290
(404) 835 6506
blake@smithmeadowslaw.com
**Application for Pro Hac Vice Admission Pending*