Hahn Loeser & Parks LLP
James E. Heffner (SBN 245406)
Samuel C. Sneed (SBN 289205)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA  92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
jheffner@hahnlaw.com
ssneed@hahnlaw.com

Attorneys for all Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CORNERSTONE PAYMENT SYSTEMS, INC.<br><br>Plaintiff<br><br>vs.<br><br>PLEROS, LLC; AUDEN LILY GROUP LLC; QUBA.PRO INC.; STANDARD GOODS LLC; STANDARD WAY, LLC; RODEM TREE LLC; OLIVET UNIVERSITY INC.; WORLD OLIVET ASSEMBLY, INC.; OLIVET ASSEMBLY, INC. A/K/A OLIVET ASSEMBLY USA; DOVER GREENS LLC; 1000 EAST FIRST ESTATES, LLC; JUBILEE WORLD, INC.; JUBILEE UNIVERSITY; GREAT COMMISSION UNIVERSITY; 7725 PENROSE LLC; CHRISTIAN INNOVATION CENTER LLC; GOOD MANAGER HOLDINGS INC.; NICOLAS HAMAN A/K/A NICHOLAS HAMAN; JUNG MI LEE; DAEWON KIM; YOUNGHAI KO A/K/A YOUNG HAI KO A/K/A EMILY KO; ALMA OSORIO A/K/A ALMA OSARIO; RUBY HWANG; ANTHONY CHIU A/K/A JUAN WE CHIU; ANDREW LIN A/K/A TONY LIN; HAEJO YIM; JOHN DOE; AND JOHN DOE CORPORATION,<br><br>Defendants | **Case No. 5:25-cv-00895 KK (SPx)**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Judge:  Hon. Kenly Kiya Kato<br>Magistrate Judge: Hon. Sheri Pym<br><br>Complaint Filed:  April 11, 2025<br>Complaint Served: Waivers on various dates<br>Current Response Date: July 7, 2025<br>New Response Date: August 6, 2025 |

Plaintiff Cornerstone Payment System Inc. ("Plaintiff") and all Defendants, including Pleros, LLC, Auden Lily Group LLC; Quba.Pro Inc.; Standard Goods LLC; Standard Way, LLC; Rodem Tree LLC; Olivet University Inc.; World Olivet Assembly, Inc.; Olivet Assembly Inc. a/k/a Olivet Assembly USA; Dover Greens LLC; 1000 East First Estates, LLC; Jubilee World, Inc.; Jubilee University; Great Commission University; 7725 Penrose LLC; Christian Innovation Center LLC; Good Manager Holdings Inc.; Nicolas Haman a/k/a Nicholas Haman; Jung Mi Lee; Daewon Kim; Younghai Ko a/k/a Young Hai Ko a/k/a Emily Ko; Alma Osorio a/k/a Alma Osario; Ruby Hwang; Anthony Chiu a/k/a Juan We Chiu; Andrew Lin a/k/a Tony Lin; and Haejo Yim ("Defendants"), by and through their respective counsel of record, stipulate and agree to extend the time for Defendants to respond to Plaintiff's Complaint (Dkt. 1) as follows:

1. On April 11, 2025, Plaintiff filed the Complaint in U.S. District Court, Central District of California. (Dkt.1)

2. On May 8, 2025, Plaintiff mailed Hahn Loeser and Parks LLP ("Hahn Loeser") courtesy copies of requests to waive service of summons, making the date to respond to the complaint, if service is waived, July 7, 2025.

3. Hahn Loeser is in the process of gathering executed waivers from defendants.

4. There have not been any prior requests for extensions submitted to the Court by any party.

5. Pursuant to stipulation made under Local Rule 8-3, the parties agree to extend time to respond to the Complaint for Defendants' who return waivers by not more than 30 days, with a new response date being August 6, 2025.

IT IS SO STIPULATED

Dated: June 16, 2025

AUGUST LAW GROUP
SMITH & MEADOWS, ATTORNEYS AT LAW

By:  /s/
Kenneth S. August
Blake W. Meadows
Attorneys for Plaintiff

I, James E. Heffner, attest that all listed signatures on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: June 16, 2025                    HAHN LOESER & PARKS LLP

                                        By: _____
                                            James E. Heffner
                                            Samuel C. Sneed
                                            Attorneys for Defendants