| | |
|---|---|
| August Law Group, P.C. | Smith & Meadows, LLC |
| Kenneth S. August | Blake W. Meadows* |
| California Bar No. 152704 | Georgia Bar No. 569729 |
| 19200 Von Karman Ave. | 215 Greencastle Road, Ste B |
| Suite 600 | Tyrone, Georgia 30290 |
| Tel: (949) 752-7772 | Tel: (404) 835-6506 |
| kaugust@augustlawgroup.com | blake@smithmeadowslaw.com |
| | *Admitted Pro Hac Vice* |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CORNERSTONE PAYMENT SYSTEMS, INC.<br><br>Plaintiff<br><br>vs.<br><br>PLEROS, LLC; AUDEN LILY GROUP LLC; QUBA.PRO INC.; STANDARD GOODS LLC; STANDARD WAY, LLC; RODEM TREE LLC; OLIVET UNIVERSITY INC.; WORLD OLIVET ASSEMBLY, INC.; OLIVET ASSEMBLY, INC. A/K/A OLIVET ASSEMBLY USA; DOVER GREENS LLC; 1000 EAST FIRST ESTATES, LLC; JUBILEE WORLD, INC.; JUBILEE UNIVERSITY; GREAT COMMISSION UNIVERSITY; 7725 PENROSE LLC; CHRISTIAN INNOVATION CENTER LLC; GOOD MANAGER HOLDINGS INC.; NICOLAS HAMAN A/K/A NICHOLAS HAMAN; JUNG MI LEE; DAEWON KIM; YOUNGHAI KO A/K/A YOUNG HAI KO A/K/A EMILY KO; ALMA OSORIO A/K/A ALMA OSARIO; RUBY HWANG; ANTHONY CHIU A/K/A JUAN WE CHIU; ANDREW LIN A/K/A TONY LIN; HAEJO YIM; JOHN DOE; AND JOHN DOE CORPORATION,<br><br>Defendants | **Case No.5:25-cv-00895 KK (SPx)**<br><br>**ORDER:** **B**LAKE **W. M**EADOWS' **M**OTION FOR **L**EAVE TO **W**ITHDRAW<br><br>**NOTE CHANGES BY COURT**<br><br>Judge: Hon. Kenly Kiya Kato<br>Magistrate Judge: Hon. Sheri Pym |

Before this Court is Blake W. Meadows' Motion for Leave to Withdraw, and this Court finding that Blake W. Meadows showed good cause for withdrawal due to a conflict of interest involving concurrent clients and Blake W. Meadows' compliance with the Local Rules of the Central District of California, this Court hereby **GRANTS** Blake W. Meadows' Motion for Leave to Withdraw, thereby removing Blake W. Meadows from the above-styled action.

Plaintiff is **ORDERED** to retain counsel, and such counsel shall make an appearance in this action within 14 days after entry of this Order. The Court advises Plaintiff that it cannot appear in federal court without the representation of an attorney. L.R. 83-2.2.2. Should Plaintiff fail to notify the Court that it has obtained counsel within 14 days, the Court will dismiss the instant action without prejudice.

It is further **ORDERED** that Blake W. Meadows shall (a) serve a copy of this Order on Plaintiff and file proof of such service within three (3) business days after entry of this Order, and (b) provide the Court with the current mailing address (or other contact information for the service of process) for Plaintiff within ten (10) business days after entry of this Order. Failure to comply may result in sanctions, including monetary sanctions or reconsideration of the instant Motion.

This 4th day of September, 2025.

_____
Honorable Kenly Kiya Kato, Judge for the
United States District Court for the Central District
of California